UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS J. SWEET,

    Plaintiff,

File no: 1:08-CV-364

v.

HON. ROBERT HOLMES BELL

JOHN E. POTTER,

    Defendant.
                              /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant's motion for summary judgment (docket #15) is hereby **GRANTED**. Judgment is entered in favor of the defendant on all plaintiff's claims.

Date:   November 26, 2008    /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    UNITED STATES DISTRICT JUDGE